```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MOISE GRANDOIT,

                Plaintiff,
                                            ORDER
        -against-                           20-CV-1434(JS)(AYS)

DAVID A. MORRIS, STEPHEN R. HELLMAN,
KERRI N. LECHTRECKER, THERESA WHELAN,
MICHAEL WILLIAMS,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Moise Grandoit, pro se
                    677 Essex Street, Part 1L
                    Brooklyn, New York 11208

For Defendants:     No appearances.
```

SEYBERT, District Judge:

By Order dated May 5, 2020 (the "Order," D.E. 5), the Court denied without prejudice the application to proceed in forma pauperis filed by pro se plaintiff Moise Grandoit ("Plaintiff") (IFP Mot., D.E. 2). The Court granted Plaintiff leave to renew his application upon completion of the AO 239 Long Form In Forma Pauperis Application ("Long Form") within fourteen (14) days from the date of the Order. The Order cautioned Plaintiff "that a failure to timely comply with this Order will lead to the dismissal of the Complaint without prejudice and judgment will enter." (Order at 2).

To date, Plaintiff has not filed the Long Form nor has he otherwise communicated with the Court. It appears that

Plaintiff is no longer interested in pursing this Complaint and it is thus DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Accordingly, the Court directs the Clerk of the Court to ENTER JUDGMENT AND CLOSE THIS CASE and to MAIL a copy of this Order to the pro se Plaintiff at his last known address.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:    June   12  , 2020
          Central Islip, New York

2